ACCEPTED
15-25-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 2:36 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00095-CV

## In the Court of Appeals
## for the Fifteenth District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 2:36:36 PM
CHRISTOPHER A. PRINE
Clerk

## Blackstone Holdings III LP, et al.,
*Appellants,*
## v.

## Primexx Energy Opportunity Fund, LP., et al.,
*Appellees.*

## Appeal from the First Business Court Division
## Dallas County, Texas
*Honorable Bill Whitehill, Judge Presiding*

## NOTICE OF RELATED CASES

Christopher J. Schwegmann
  Texas Bar No. 24051315
  schwegmann@lynnllp.com
David S. Coale
  Texas Bar No. 00787255
  dcoale@lynnllp.com
Christopher W. Patton
  Texas Bar No. 24083634
  cpatton@lynnllp.com

Yaman Desai
  Texas Bar No. 24101695
  ydesai@lynnllp.com
Kyle A. Gardner
  Texas State Bar No. 24116412
  kgardner@lynnllp.com
Jessica D. Cox
  Texas Bar No. 24114769
  jcox@lynnllp.com

**Lynn Pinker Hurst &
  Schwegmann LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839

NOW COMES Appellants Blackstone Holdings III LP, Blackstone EMA II LLC, BMAVII LLC, Blackstone Management Associates, II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, BMX Primexx Topco LC (Collectively "Appellants") hereby certifies as follows.

Appellants certify that this case is related to Case Number 15-25-00014-CV, *Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VI LP, BCP VII/BEP II Holdings Manager LLC and BX Primexx Topco LLC v. Primexx Energy Opportunity Fund LP and Primexx Energy Opportunity Fund II LP* and Case Number 15-25-00120-CV, *Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP v. Primexx Energy Corporation, M. Christopher Doyle, Angelo Acconcia, Blackstone Inc., Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VI LP, BCP VII/BEP II Holdings Manager LLC, BX Primexx Topco LLC and BPP*

*Holdco LLC.* Each of these cases arise from Case Number 24-BC01A-0010, *Primex Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II LP v. Primexx Energy Corporation, M. Christopher Doyle, Angelo Acconcia, Blackstone Inc., Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, BX Primexx Topco LLC and BPP Holdco LLC.* These cases each arise from the same central controversy and involve the parties to Case Number 24-BC01A-0010.

DATE: August 5, 2025

Respectfully submitted,

*/s/ Kyle Gardner*
Christopher J. Schwegmann
  Texas Bar No. 24051315
  cschwegmann@lynnllp.com
David S. Coale
  Texas Bar No. 00787255
  dcoale@lynnllp.com
Christopher W. Patton
  Texas Bar No. 24083634
  cpatton@lynnllp.com
Yaman Desai
  Texas Bar No. 24101695
  ydesai@lynnllp.com
Kyle A. Gardner
  Texas State Bar No. 24116412
  kgardner@lynnllp.com
Jessica D. Cox
  Texas Bar No. 24114769
  jcox@lynnllp.com
**Lynn Pinker Hurst &**
  **Schwegmann LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   (214) 981-3800
Facsimile:   (214) 981-3839

***Attorneys for Appellants***

## Certificate of Service

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all counsel of record via eFile Texas on August 5, 2025.

*/s/ Kyle Gardner*

Kyle A. Gardner

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gina Flores on behalf of Kyle Gardner
Bar No. 24116412
gflores@lynnllp.com
Envelope ID: 103998182
Filing Code Description: Other Document
Filing Description: 2025-08-05 Notice of Related Case (014 appeal)
Status as of 8/5/2025 2:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeremy Fielding | 24040895 | jeremy.fielding@kirkland.com | 8/5/2025 2:36:36 PM | SENT |
| Christopher Patton | 24083634 | cpatton@lynnllp.com | 8/5/2025 2:36:36 PM | SENT |
| Roger BCowie | | Roger.Cowie@troutman.com | 8/5/2025 2:36:36 PM | SENT |
| Sarah Hannigan | | shannigan@susmangodfrey.com | 8/5/2025 2:36:36 PM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 8/5/2025 2:36:36 PM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 8/5/2025 2:36:36 PM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 8/5/2025 2:36:36 PM | SENT |
| Lindsey Godfrey Eccles | | leccles@susmangodfrey.com | 8/5/2025 2:36:36 PM | SENT |
| Marc M.Seltzer | | mseltzer@susmangodfrey.com | 8/5/2025 2:36:36 PM | SENT |
| Taylor Levesque | | taylor.levesque@troutman.com | 8/5/2025 2:36:36 PM | SENT |
| Veronica Long | | Veronica.Long@troutman.com | 8/5/2025 2:36:36 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 8/5/2025 2:36:36 PM | SENT |